# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 14, 2009

**Before**

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 08-1411

| | |
|---|---|
| ANTCHINECHE TSEGAW AYELE, | Petition for Review of an Order |
| *Petitioner*, | of the Board of Immigration Appeals. |
| *v.* | No. A76-853-631 |
| ERIC H. HOLDER, JR., Attorney General of the United States, | |
| *Respondent.* | |

**O R D E R**

In consideration of the government's motion to amend the decision filed on June 17, 2009, we amend page 13 of the slip opinion as follows: the citation to "*Lopez-Soto v. Ashcroft*, 383 F.3d 228, 235 (4th Cir. 2004)" is removed. In all other respects, the motion is DENIED.